JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSIGNE CONSULTING, INC., <br>     Plaintiff, <br><br> v. <br><br> FREEDOM EQUITY GROUP, LLC, et al., <br>     Defendants. | CV 22-05807 DSF (JCx) <br><br> JUDGMENT |

    The Court having granted a motion to dismiss for lack of standing and Plaintiff having failed to amend its complaint within the time allowed by the Court,

    IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendants recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: February 6, 2023

                                                        Dale S. Fischer <br>
                                                        United States District Judge